# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMARRA BRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) 1:21-CV-01649-TCB-RGV |
| HARRIS VENTURES INC. d/b/a STAFF ZONE and VCC, LLC, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| APEX MASONRY, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Defendants, and Third-Party Defendant, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action and any and all claims, crossclaims, counterclaims, and third-party claims asserted therein with prejudice to their refiling. All parties shall bear their own costs.

Respectfully submitted this 30th day of August, 2022.

| | |
|---|---|
| J. Stephen Mixon, Esq. | Matthew T. Gomes, Esq. |
| J. Stephen Mixon | Matthew T. Gomes |
| Georgia Bar No. 514050 | Georgia Bar No. 297453 |
| steve@mixon-law.com | mgomes@wwhgd.com |
| THE MIXON LAW FIRM | WEINBERG, WHEELER, |
| 3344 Peachtree Street | HUDGINS, GUNN & DIAL, LLC |
| Suite 800 | 3344 Peachtree Road, NE |
| Atlanta, GA 30326 | Suite 2400 |
| 770-955-0100 | Atlanta, GA 30326 |
| Counsel for Plaintiff | 404-876-2700 |
| | Counsel for VCC, LLC |
| | |
| Evan Rosen, Esq. | Albert A. Chapar, Jr., Esq. |
| Evan Rosen | Albert A. Chapar, Jr. |
| Georgia Bar No. 649716 | Georgia Bar No. 120940 |
| evan.rosen@jacksonlewis.com | achapar@chaparlaw.com |
| Ronald Fields | THE CHAPAR FIRM, LLC |
| Georgia Bar No. 426256 | 917 Railroad Street |
| ronald.fields@jacksonlewis.com | Conyers, GA 30012 |
| JACKSON LEWIS P.C. | 770-483-4115 |
| 171 17th Street NW | Counsel for Apex Masonry, Inc. |
| Suite 1200 | |
| Atlanta, GA 30309 | |
| 404-586-1867 | |
| Counsel for Harris Ventures, Inc. | |